```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KENNETH HARRIS, JR.,

                Plaintiff,

       -against-                                  08 Civ. 7329 (LAK)

MTA METRO-NORTH COMMUTER RAILROAD,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The case having been settled, it is hereby dismissed with prejudice and without costs.

        SO ORDERED.

Dated: February 22, 2010

                                                                          /s/ Lewis A. Kaplan
                                                                  Lewis A. Kaplan
                                                              United States District Judge